UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE DAVID H. BARTICK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15CR0105-JAH(DHB) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER AND JUDGMENT OF DISMISSAL, EXONERATION OF BOND** |
| MAVY M. CHADWICK, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** under Federal Rule of Criminal Proceudre 48(a), and by leave of the Court, the Government moves to dismiss with prejudice the Criminal Information filed on January 9, 2015, and requests that the case be closed.

Based on the Government's motion, leave of Court is granted for filing of the forgoing dismissal and the case is dismissed with prejudice. The Court further orders the bond exonerated.

Dated this 1st day of August, 2016.

DAVID H. BARTICK
U.S. MAGISTRATE JUDGE